# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>SMITH, LISA M. | 2. Court or Organization<br><br>U.S.DISTRICT COURT, SDNY | 3. Date of Report<br><br>01/19/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE FULL TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>09/30/2020 |

| 7. Chambers or Office Address |
|---|
| UNITED STATES COURTHOUSE<br>300 QUARROPAS STREET<br>WHITE PLAINS, NY 10601 |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 01/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Pace University School of Law - Teaching | $10,558.76 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Wages from Ridgefield Hardware Co., Ridgefield, CT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 01/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 01/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Cash accounts | | None | J | T | | | | | |
| 2. TD Bank Cash account | | None | J | T | | | | | |
| 3. Fidelity IRA (Fidelity Fund--FFIDX) | A | Dividend | K | T | | | | | |
| 4. Fidelity IRA (Cash Reserves) | A | Dividend | K | T | | | | | |
| 5. Webster Bank, Wilton CT -- Checking Account | | None | L | T | | | | | |
| 6. HSBC IRA (Fideltiy Puritan Fund) (X) | A | Dividend | K | T | | | | | |
| 7. HSBC IRA (T. Rowe Price Dividend Growth Fund) | A | Dividend | K | T | | | | | |
| 8. HSBC Cash Account | | None | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. Investment Account #1(H) | | | | | | | | | |
| 11. - Stifel Nicolaus money market account | A | Interest | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. - Vanguard Treasury Money Market Fund | A | Dividend | K | T | Sold (part) | 01/09/20 | K | | |
| 14. | | | | | | Sold (part) | 08/11/20 | J | | |
| 15. | | | | | | Sold (part) | 09/03/20 | J | | |
| 16. | | | | | | | | | |
| 17. Investment Account #2(H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 01/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Stifel Insured Bank Program | A | Interest | J | T | | | | | |
| 19. | | | | | | | | | |
| 20. -- Franklin NY Tax Free Income Fund, Cl A (FNYTX) | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. Retirement Account #1(H) | | | | | | | | | |
| 23. Stifel Nicolaus IRA money market | A | Interest | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. - American Beacon International Equity Fund | | | J | T | Buy (add'l) | 02/21/20 | J | | |
| 26. | | | | | Buy (add'l) | 05/06/20 | J | | |
| 27. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 28. | | | | | | | | | |
| 29. - American Funds U.S. Govt Securities Fund | A | Dividend | | | Buy | 02/21/20 | J | | |
| 30. | | | | | Sold | 05/06/20 | J | A | |
| 31. | | | | | | | | | |
| 32. - Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy (add'l) | 02/21/20 | J | | |
| 33. | | | | | Sold (part) | 05/06/20 | J | | |
| 34. | | | | | Buy (add'l) | 08/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 01/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36.   - Columbia Contrarian Core Fund Class Z | | | J | T | Buy (add'l) | 02/21/20 | J | | |
| 37. | | | | | Buy (add'l) | 05/06/20 | J | | |
| 38. | | | | | Sold (part) | 08/13/20 | J | A | |
| 39. | | | | | | | | | |
| 40.   - Columbia Ltd Duration Credit Fund | A | Dividend | J | T | Buy | 05/06/20 | J | | |
| 41. | | | | | Sold (part) | 08/13/20 | J | A | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45.   - FMI International Fund Instl | | | J | T | Buy (add'l) | 02/21/20 | J | | |
| 46. | | | | | Buy (add'l) | 05/06/20 | J | | |
| 47. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 48. | | | | | | | | | |
| 49.   - Fidelity Advisor New Insights Mutual Fund Institutional Class | A | Dividend | | | Buy (add'l) | 02/21/20 | J | | |
| 50. | | | | | Sold | 05/06/20 | J | A | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 01/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Goldman Sachs Intl Small Cap Insights Fund | | | J | T | Sold (part) | 02/21/20 | J | A | |
| 53. | | | | | Sold (part) | 05/06/20 | J | | |
| 54. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 55. | | | | | | | | | |
| 56. - Harbor Bond Fund | A | Dividend | J | T | Sold (part) | 02/21/20 | J | | |
| 57. | | | | | Sold (part) | 05/06/20 | J | | |
| 58. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 59. | | | | | | | | | |
| 60. - Ivy Mid Cap Growth Fund | | | | | Sold (part) | 02/21/20 | J | A | |
| 61. | | | | | Sold | 05/06/20 | J | A | |
| 62. | | | | | | | | | |
| 63. - JP Morgan Govt Bond Fund | A | Dividend | J | T | Sold (part) | 02/21/20 | J | A | |
| 64. | | | | | Sold (part) | 05/06/20 | J | A | |
| 65. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 66. | | | | | | | | | |
| 67. - MFS Intl Growth Fd Cl I | | | J | T | Sold (part) | 02/21/20 | J | A | |
| 68. | | | | | Sold (part) | 05/06/20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 01/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 70. | | | | | | | | | |
| 71.   - MFS Growth Fd Cl I | A | Distribution | J | T | Buy | 05/06/20 | J | | |
| 72. | | | | | Sold (part) | 08/13/20 | J | A | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76.   - Meridian Sm Cap Gr Fund Investor Class | | | J | T | Sold (part) | 02/21/20 | J | A | |
| 77. | | | | | Sold (part) | 05/06/20 | J | | |
| 78. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 79. | | | | | | | | | |
| 80.   - Nuveen Small Cap Value Fund | | | J | T | Sold (part) | 02/21/20 | J | | |
| 81. | | | | | Buy | 05/06/20 | J | | |
| 82. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 83. | | | | | | | | | |
| 84.   - PGIM High Yield | A | Dividend | J | T | Buy | 02/21/20 | J | | |
| 85. | | | | | Sold (part) | 05/06/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SMITH, LISA M. | 01/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 87. | | | | | | | | | |
| 88.  - Pimco Investment Grade Credit Fund | A | Distribution | J | T | Buy | 05/06/20 | J | | |
| 89. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93.  - Invesco Oppenheimer Developing Markets Fund Class Y | | | J | T | Buy (add'l) | 02/21/20 | J | | |
| 94. | | | | | Sold (part) | 05/06/20 | J | A | |
| 95. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 96. | | | | | | | | | |
| 97.  - Vanguard European Stock Index Fund | A | Dividend | | | Buy | 02/21/20 | J | | |
| 98. | | | | | Sold | 05/06/20 | J | | |
| 99. | | | | | | | | | |
| 100.  - Vanguard Short Term Corporate Bond Index Fund | A | Dividend | | | Buy | 02/21/20 | J | | |
| 101. | | | | | Sold | 05/06/20 | J | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 01/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Vanguard Short Term Inflation Protecton Fund | A | Dividend | | | Buy | 02/21/20 | J | | |
| 104. | | | | | Sold (part) | 05/06/20 | J | | |
| 105. | | | | | Sold | 08/13/20 | J | A | |
| 106. | | | | | | | | | |
| 107. - Vanguard Long Term Treasury Fund | A | Dividend | | | Buy | 02/21/20 | J | | |
| 108. | | | | | Sold | 05/06/20 | J | A | |
| 109. | | | | | | | | | |
| 110. - Vanguard Short Term Federal Fund | A | Dividend | J | T | Buy | 02/21/20 | J | | |
| 111. | | | | | Sold (part) | 05/06/20 | J | A | |
| 112. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 113. | | | | | | | | | |
| 114. - Wells Fargo Special Mid Cap Value Fund | A | Dividend | | | Sold (part) | 02/21/20 | J | A | |
| 115. | | | | | Sold | 05/06/20 | J | | |
| 116. | | | | | | | | | |
| 117. Inherited IRA(H) | | | | | | | | | |
| 118. - Stifel Insured Bank Program | A | Interest | J | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 01/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Verizon (VZ) | A | Dividend | J | T | | | | | |
| 121. | | | | | | | | | |
| 122.  - Ishares S&P Mid Cap 400 Growth ETF (IJK) | A | Dividend | J | T | Buy (add'l) | 03/13/20 | J | | |
| 123. | | | | | | | | | |
| 124.  - Ishares S&P Small Cap 600 Growth ETF (IJT) | A | Dividend | J | T | Buy (add'l) | 03/13/20 | J | | |
| 125. | | | | | | | | | |
| 126.  - Janus Balanced Fund | A | Dividend | J | T | Sold (part) | 03/13/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 01/19/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 01/19/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LISA M. SMITH**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544